1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                    *E-FILED 8/4/06*
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  PING YAN,                          )
                                       )  No. C 06-3573 RS
13                 Plaintiff,          )
                                       )
14        v.                           )
                                       )  **STIPULATION TO EXTEND TIME**
15  MICHAEL CHERTOFF, Secretary of the )  **WITHIN WHICH THE DEFENDANTS**
    Department of Homeland Security;   )  **MUST FILE AN ANSWER**
16  EMILIO T. GONZALEZ, Director,      )   AND ORDER THEREON
    U.S. Citizenship and Immigration Services; )
17  FRANCIS D. SICILIANO, Officer-in-Charge, )
    San Jose Sub Office, U.S.C.I.S.;   )
18  EVELYN UPCHURCH, Acting Director,  )
    Nebraska Service Center;           )
19  ROBERT S. MUELLER, Director of     )
    Federal Bureau of Investigation,   )
20                                     )
                   Defendants.         )
21  _____ )

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time

24  within which the defendant must serve his answer to the complaint in the above-entitled action.

25  The Defendants will file their answer on or before September 6, 2006.

26  ///

27  ///

28
    Stip to Extend Time
    C 06-3573 RS

1    Dated: August 4, 2006                    Respectfully submitted,

2                                             KEVIN V. RYAN
                                             United States Attorney
3

4
                                                        /s/
5                                            _____
                                             ILA C. DEISS
6                                            Assistant United States Attorney
                                             Attorneys for Defendants
7

8

9
                                                        /s/
10   Date: August 4, 2006                    _____
                                             JUSTIN X. WANG
11                                           Attorney for Plaintiff

12

13                                    **ORDER**

14       Pursuant to stipulation, IT IS SO ORDERED.
15

16

17   Date:    August 4, 2006        _____
                                             RICHARD SEEBORG
18                                           United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28
     Stip to Extend Time
     C 06-3573 RS